ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California, 90831-1800
Telephone: (562) 435-2626

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA, dba NYK LINE; and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C 05-3609 JL <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ACTION AND CONTINUATION OF DATES** |

Plaintiffs NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC. ("NYK Line") and defendant BNSF Railway Company, sued herein as THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY

-1-

("BNSF"), hereby stipulate and agree as follows, and respectfully request this Court to enter an appropriate order thereon:

WHEREAS, NYK Line and BNSF are engaging in principal-to-principal settlement discussions regarding many, if not all, of the claims arising out of the events asserted in the Complaint and each party wants to continue negotiating settlement of the claims without the need to incur additional costs and expenses by pursuing the litigation; and,

WHEREAS a number of the underlying cargo claims which are the subject of the Complaint have already been resolved in principle through the aforementioned settlement discussions; and,

WHEREAS, NYK Line and BNSF believe that a 90 day stay of this action, including all Court deadlines, would be beneficial to this ongoing settlement process, increase the chances of resolving or lessening the scope of the dispute in this action, and as such be in the interests of judicial economy and economy to the parties,

ACCORDINGLY, NYK Line and BNSF, without prejudice to any rights held by them, respectfully request as follows:

1) That the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE be amended accordingly, with all dates thereunder continued approximately 90 days from their original dates; and,

2) That this action be stayed until the date initial disclosures are due under the amended ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE.

///

///

-2-

| | |
|---|---|
| DATED: January 6, 2006 | FLYNN, DELICH & WISE LLP |
| | By_____<br>Erich P. Wise<br>Conte C. Cicala<br>Attorneys for Plaintiffs<br>Nippon Yusen Kaisha dba NYK Line,<br>and NYK Line (North America) Inc. |
| DATED: January 6, 2006 | HANSON BRIDGETT MARCUS<br>VLAHOS & RUDY LLP |
| | By_____<br>Gordon McAuley<br>Attorneys for Defendant<br>BNSF Railway Company, sued herein as<br>THE BURLINGTON NORTHERN AND<br>SANTA FE RAILWAY COMPANY |

[~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause having been shown, IT IS ORDERED AS FOLLOWS:

The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report, is continued to April 19, 2006. This action is hereby stayed until such date.

///

///

-3-

Case 3:05-cv-03609-JL   Document 10   Filed 01/10/06   Page 4 of 4

The Case Management Conference in Ctrm F, 15th Floor, SF at 10:30 AM, is rescheduled to _____May 17,_____, 2006.

DATED: __January 9__, 2006



_____
UNITED STATES MAGISTRATE JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

-4-