ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California, 90831-1800
Telephone: (562) 435-2626

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA, dba NYK LINE; and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C 05-3609 JL <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STAY OF ACTION AND CONTINUATION OF DATES** |

Plaintiffs NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC. ("NYK Line") and defendant BNSF Railway Company, sued herein as THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY

("BNSF"), hereby stipulate and agree as follows, and respectfully request this Court to enter an appropriate order thereon:

WHEREAS, this Court granted the previous request of the parties for a continuance and stay of action in order to allow principal-to-principal settlement discussions and resolution of underlying cargo claims with the intent and goal of reducing the scope of this litigation if not eliminating its need whatsoever;

WHEREAS **in excess of seventy-five percent** of the underlying cargo claims which are the subject of the Complaint have now been resolved through the aforementioned settlement discussions;

WHEREAS, NYK Line and BNSF continue to engage in principal-to-principal settlement discussions regarding the claims arising out of the events asserted in the Complaint and each party wants to continue negotiating settlement of the claims without the need to incur additional costs and expenses by pursuing the litigation; and,

WHEREAS, NYK Line and BNSF believe that a further 90 day stay of this action, including all Court deadlines, would be beneficial to this ongoing settlement process, increase the chances of resolving or lessening the scope of the dispute in this action, and as such be in the interests of judicial economy and economy to the parties,

ACCORDINGLY, NYK Line and BNSF, without prejudice to any rights held by them, respectfully request as follows:

1) That the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE be amended accordingly, with all dates thereunder continued another 90 days from their original dates; and,

2) That this action be stayed until the date initial disclosures are due under the amended ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; and,

-2-

3) That BNSF's responsive pleading shall be due five days prior to the date initial disclosures are required.

DATED: April 6, 2006

FLYNN, DELICH & WISE LLP

By_____
Erich P. Wise
Conte C. Cicala
Attorneys for Plaintiffs
Nippon Yusen Kaisha dba NYK Line,
and NYK Line (North America) Inc.

DATED: April 6, 2006

HANSON BRIDGETT MARCUS
VLAHOS & RUDY LLP

By_____
Gordon McAuley
Attorneys for Defendant
BNSF Railway Company, sued herein as
THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY

## [PROPOSED] ORDER

Pursuant to stipulation and good cause having been shown, IT IS ORDERED AS FOLLOWS:

The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report, is continued to August 16, 2006. This action is hereby stayed until such date. BNSF's responsive pleading is due five days earlier.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1 |      The Case Management Conference in Ctrm F, 15th Floor, SF at 10:30 AM, is
2 | rescheduled to __August 30_____, 2006.

4 | DATED: __April 11_____, 2006

**IT IS SO ORDERED**
*/s/ James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626