ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California, 90831-1800
Telephone: (562) 435-2626

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA, dba NYK LINE; and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 05-3609 JL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STAY OF ACTION AND CONTINUATION OF DATES** |

Plaintiffs NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC. ("NYK Line") and defendant BNSF Railway Company, sued herein as THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY

-1-
C-0503609 JL --- STIPULATION AND [PROPOSED] ORDER

("BNSF"), hereby stipulate and agree as follows, and respectfully request this Court to enter an appropriate order thereon:

WHEREAS, this Court granted the previous requests of the parties for a continuance and stay of action in order to allow principal-to-principal settlement discussions and resolution of underlying cargo claims with the intent and goal of reducing the scope of this litigation if not eliminating its need whatsoever;

WHEREAS NYK has advised BNSF that the claims of one claimant enumerated in the Complaint (Tokio Marine on behalf of subrogated insureds) with cargo transported under bills of lading numbered 180159281, 003004752 and 180159378, remain unresolved. This underlying claim has been the subject of extensive settlement discussions, both in the United States and Japan. Without prejudice, the basic issues in dispute with this claimant include, in addition to the basic question of liability, whether the limits of U.S or Japan COGSA, or no limits at all, apply to the cargo interests' claims against NYK. These issues, in turn, impact the scope and size of NYK's claim against BNSF and related issues. In order to avoid a threatened lawsuit in Japan by cargo interests, and the attendant procedural complications and expenses that would result therefrom, NYK granted suit time extensions to these cargo interests, which expires on October 31, 2006;

WHEREAS, it is NYK's belief that it remains possible that this underlying claim can be resolved in a way that will lead to dismissal of this action or, in the alternative, which narrows and focuses the issues in such a way as to limit the proceedings hereunder, and that while such discussions are ongoing, the concurrent litigation of this action against BNSF, with resulting legal fees and expenses, will be detrimental to this effort and jeopardize the ability for a negotiated resolution of the entire action;

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1     WHEREAS, NYK Line and BNSF believe that a further 90 day stay of this

2 action, including all Court deadlines, would be beneficial to this ongoing settlement process,

3 increase the chances of resolving or lessening the scope of the dispute in this action, and as

4 such be in the interests of judicial economy and economy to the parties,

5     ACCORDINGLY, NYK Line and BNSF, without prejudice to any rights held

6

7 by them, respectfully request as follows:

8     1)    That the ORDER SETTING INITIAL CASE MANAGEMENT

9 CONFERENCE be amended accordingly, with all dates thereunder continued another 90 days

10 from their original dates; and,

11     2)    That this action be stayed until the date initial disclosures are due under

12 the amended ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; and,

13

14     3)    That BNSF's responsive pleading shall be due five days prior to the

15 date initial disclosures are required.

16 DATED: August 15, 2006     FLYNN, DELICH & WISE LLP

17

18     By_____
    Erich P. Wise
19     Conte C. Cicala
    Attorneys for Plaintiffs
20     Nippon Yusen Kaisha dba NYK Line,
    and NYK Line (North America) Inc.
21

22 DATED: August 15, 2006     HANSON BRIDGETT MARCUS
    VLAHOS & RUDY LLP
23

24

25     By_____
    Gordon McAuley
    Attorneys for Defendant
26     BNSF Railway Company, sued herein as
    THE BURLINGTON NORTHERN AND
27     SANTA FE RAILWAY COMPANY

28

[PROPOSED] ORDER

Pursuant to stipulation and good cause having been shown, IT IS ORDERED AS FOLLOWS:

The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report, is continued from August 16, 2006 to __November 15____, 2006. This action is hereby stayed until such date. BNSF's responsive pleading is due five days earlier.

The Case Management Conference in Ctrm F, 15th Floor, SF at 10:30 AM, is rescheduled from August 30, 2006 to ___November 22_____, 2006.

DATED: ___August 17_____, 2006



IT IS SO ORDERED

Judge James Larson

-1-

C-0503609 JL --- STIPULATION AND [PROPOSED] ORDER