# FLYNN, DELICH & WISE LLP
### ATTORNEYS AT LAW

JOHN A. FLYNN (1945-1997)
SAM D. DELICH (1940-2004)
ERICH P. WISE
JAMES B. NEBEL
NICHOLAS S. POLITIS
CONTE C. CICALA

FAYE LEE PETERSON
JEANINE STEELE TEDE
MICHELLE M. GU
ALEKS E. DRUMWALDS

OF COUNSEL
JOHN H. FERGUSON
THOMAS C. JORGENSEN

ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA  94111

TELEPHONE:  (415) 693-5566
FAX:  (415) 693-0410

ONE WORLD TRADE CENTER
SUITE 1800
LONG BEACH, CA  90831-1800
TELEPHONE:  (562) 435-2626
FAX:  (562) 437-7555

REPLY TO:  SAN FRANCISCO
DIRECT DIAL:  (415) 693-5562

E-MAIL:  CONTEC@FDW-LAW.COM

November 10, 2006

**Via E-Filing, Courtesy Copy Via Messenger**

The Honorable James Larson, Chief Magistrate Judge
United States District Court, Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco CA 94012

Re:   Nippon Yusen Kaisha dba NYK Line v. BNSF Corporation
      Case No. C-05 3609 JL

Dear Judge Larson:

This firm represents the plaintiff in the referenced action. We write to advise that a settlement in principle regarding the remaining claims has been reached which, when concluded, will result in a dismissal of the subject action in its entirety. Based thereon, the parties request that the CMC scheduled for November 22, 2006, and all attendant dates, be vacated.

We welcome any questions or comments you may have on the above or the enclosures.

Very truly yours,

Conte C. Cicala
of
FLYNN, DELICH & WISE

*IT IS SO ORDERED*
*Judge James Larson*
[UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

Case Management Conference continued to December 20, 2006 at 10:30 a.m.